**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOB A. BRINSON, | |
| Plaintiff, | Case No. 17-cv-01659 |
| v. | Hon. John Z. Lee |
| JACQUELINE LASHBROOK et al. | |
| Defendants. | |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on **Wednesday, March 14, 2017 at 9:00 a.m.** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John Z. Lee in courtroom 1225 at the United States Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached Plaintiff's Motion for Order to Show Cause.

Dated:  March 6, 2018

Respectfully submitted,

BOB A. BRINSON

By: *s/ Alison R. Leff*
    One of His Attorneys

Steven J. Yatvin
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL  60606
(312) 984-3100
(312) 984-3150 (Fax)
steve.yatvin@bfkn.com

-and-

Alison R. Leff
SIDLEY AUSTIN LLP
1 S. Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (Fax)
aleff@sidley.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2018, I electronically filed the foregoing document, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Alison R. Leff*_____