# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Bob A. Brinson

                                         Plaintiff,

v.                                                                              Case No.: 1:17–cv–01659
                                                                             Honorable John Z. Lee

Jacqueline Lashbrook, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 14, 2018:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 3/14/18. Defendant Trost should provide responses to outstanding discovery requests by 3/30/18. Any responsive documents in Dr. Obaisi's possession should be produced by 3/30/18. Plaintiff's motion for order to show cause [63] is stricken without prejudice. Plaintiff's amended complaint shall be due by 3/28/18; Defendants' answers are due 21 days thereafter. Status hearing set for 5/10/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.