042184/19344/MHW/REN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON,<br><br>        Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., JOHN TROST, GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, RANDY PFISTER, and JEFF HUTCHINSON,<br><br>        Defendants. | Case Number 17-cv-1659<br><br>Hon. Judge John Z. Lee |

## NOTICE OF *UNOPPOSED* MOTION

To:     All Attorneys of Record

PLEASE TAKE NOTICE that on **June 18, 2019**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee, **Room 1225**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Unopposed Motion for Extension of Summary Judgment Briefing Schedule, a copy of which has been served upon you.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/Ronald E. Neroda

One of the Attorneys for Defendants
WEXFORD HEALTH SOURCES, INC.,
GHALIAH OBAISI, as Independent Executor of
the Estate of SALEH OBAISI, M.D., Deceased,
and JOHN TROST, M.D.

Matthew H. Weller | 6278685
Ronald E. Neroda | 6297286
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100 | (312) 444-1669 (Fax)
mweller@cassiday.com
rneroda@cassiday.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: June 10, 2019                                           By: /s/Ronald E. Neroda

9178471