UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Bob A. Brinson
        Plaintiff,

v.               Case No.: 1:17−cv−01659
              Honorable John Z. Lee

John Trost, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

  MINUTE entry before the Honorable John Z. Lee:Defendants' motion to extend the summary judgment briefing schedule due to unforeseen circumstances outside of their control is granted [123]. The Court resets the briefing schedule as follows: Defendants' motion for summary judgment is due 7/3/19; Plaintiff's reply is due 8/6/19; Defendants' reply is due 8/27/19. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.