# Exhibit 8

STATEVILLE CORRECTION Center

**Offender Information:**
Last Name: Brinson
First Name: Bob
MI:
ID#: A-82598

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11.16.16 10:50am | cmp. CBC Pt INR | J. Wollenien PMW |
| 11/20/16 12:20p | Late note. Received a call from Mrs. Franzen mental health. She states she is at Pmax. Offender claiming to be on dialysis & not wanting to transfer tomorrow. Offender called for a crisis team member. I called Dr Obaisi for clarification. A) Chronic medical | P) Per Dr Obaisi pt may still transfer to Menard tomorrow. F/u c̄ Menard. Medical care @ final destination. J. Taylor LPN |