**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOB A. BRINSON,<br><br>   Plaintiff,<br><br>  v.<br><br>JACQUELINE LASHBROOK et al.,<br><br>   Defendants. | Case No. 17-cv-01659<br><br>Hon. John Z. Lee |

### *UNOPPOSED* MOTION FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiff Bob A. Brinson ("Plaintiff"), through his undersigned counsel, hereby submits this *Unopposed* Motion for Extension of Summary Judgment Briefing Schedule ("Motion") and states as follows:

1. According to the Court's original summary judgment briefing schedule, Defendants Wexford Health, Inc., John Trost, M.D., and Saleh Obaisi, M.D. (together, the "Wexford Defendants") and Defendants Randy Pfister and Jeff Hutchinson (the "IDOC Defendants," and together with the Wexford Defendants, "Defendants") were required to submit their motions for summary judgment no later than June 11, 2019. *See* ECF Doc. 116.

2. Defendants twice requested extensions of the summary judgment briefing schedule. *See* ECF Docs. 117, 123. Plaintiff did not oppose these extensions.

3. After the second extension, Defendants' motions for summary judgment were due July 3, 2019. *See* ECF Doc. 125. On this schedule, Plaintiff's response is due August 6, 2019, and Defendants' replies are due August 27, 2019. *See* ECF Doc. 125.

1

4. The Wexford Defendants and IDOC Defendants each filed a motion for summary judgment on July 3, 2019.

5. Federal Rule 6(b), in relevant part, states as follows:

> Enlargement. When . . . by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as the expiration of the period originally prescribed or as extended by a pervious order . . .

Fed. R. Civ. P. 6(b).

6. Counsel for Plaintiff has been working diligently to prepare Plaintiff's responses to both the Wexford Defendants' and IDOC Defendants' motions for summary judgment. The requested extension is needed due to Plaintiff's need to respond to both the Wexford Defendants' and IDOC Defendants' motions, including responding to both memoranda and Rule 56.1 statements and preparing Plaintiff's own materials to be provided in support of its responses. Accordingly, Plaintiff requests an extension until September 6, 2019 to finalize and file Plaintiff's responses to both motions for summary judgment, and an accompanying extension to Defendants' reply dates.

7. Plaintiff requests the Court enter a modified schedule as follows: Plaintiff's responses to Defendants' motions for summary judgment will be due September 6, 2019; Defendants' replies will be due by September 27, 2019.

8. Defendants do not object to the relief requested herein.

9. Further, this Motion is brought in good faith and not for the purposes of delay, and no party will be prejudiced by the granting of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff Bob A. Brinson respectfully requests that this Court enter an Order granting this motion and entering the following proposed amended

summary judgment briefing schedule: Plaintiff's responses to Defendants' motions for summary judgment will be due September 6, 2019; Defendants' replies will be due by September 27, 2019.

Dated: July 26, 2019                    Respectfully submitted,

                                            BOB A. BRINSON

                                            By: */s/ Megan R. Grant*
                                                One of His Attorneys

Steven J. Yatvin
Megan R. Grant
BARACK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
(312) 984-3100
(312) 984-3150 (Fax)
steve.yatvin@bfkn.com
megan.grant@bfkn.com

-and-

Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 357-5414
(312) 243-5902 (Fax)
alison@loevy.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 26, 2019, a copy of the foregoing document was served using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

*/s/ Megan R. Grant*