# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON, ) | |
| ) | Case No. 17-cv-01659 |
| Plaintiff, ) | |
| ) | Hon. John Z. Lee |
| v. ) | |
| ) | |
| DR. PARTHASARATHI GHOSH, M.D., ) | |
| DR. LIPING ZHANG, M.D., ) | |
| DR. IMHOTEP CARTER, M.D., and ) | |
| WARDEN MARCUS HARDY ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 1, 2019 at 9:00 a.m., we shall appear before Judge John Z. Lee or any judge sitting in his stead, in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Unopposed Motion for Extension of Summary Judgment Briefing Schedule*.

Dated: July 26, 2019

By: /s/ Megan R. Grant

Steven J. Yatvin
steve.yatvin@bfkn.com
Megan R. Grant
megan.grant@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM
   & NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
Tel: (312) 984-3118
Fax: (312) 984-3150

-and-
Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 357-5414
(312) 243-5902 (Fax)
alison@loevy.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2019, I filed the foregoing *Unopposed Motion for Extension of Summary Judgment Briefing Schedule*. with the District Court for the Northern District of Illinois utilizing the e-file system which will send notice to all counsel of record in compliance with Fed. R. Civ. P. 5(b)(3).

By: /s/ Megan R. Grant