UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Bob A. Brinson
                    Plaintiff,

v.                                                 Case No.: 1:17–cv–01659
                                                Honorable John Z. Lee

John Trost, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2019:

      MINUTE entry before the Honorable John Z. Lee:Unopposed motion for extension of time of the summary judgment briefing schedule [134] is granted. Plaintiff's responses to Defendants' motion for summary judgment are due by 9/6/19; replies due by 9/27/19. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.