# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON, ) | |
| ) | Case No. 17-cv-01659 |
| Plaintiff, ) | |
| ) | Hon. John Z. Lee |
| v. ) | |
| ) | |
| DR. PARTHASARATHI GHOSH, M.D., ) | |
| DR. LIPING ZHANG, M.D., ) | |
| DR. IMHOTEP CARTER, M.D., and ) | |
| WARDEN MARCUS HARDY ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 5, 2019 at 9:00 a.m., we shall appear before Judge John Z. Lee or any judge sitting in his stead, in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Unopposed Motion for Extension of Summary Judgment Briefing Schedule*.

Dated: August 30, 2019                                                   By: /s/ Megan R. Grant_____

                                                            Steven J. Yatvin
                                                            steve.yatvin@bfkn.com
                                                            Megan R. Grant
                                                            megan.grant@bfkn.com
                                                            BARACK FERRAZZANO KIRSCHBAUM
                                                               & NAGELBERG LLP
                                                            200 W. Madison St., Ste. 3900
                                                            Chicago, IL 60606
                                                            Tel: (312) 984-3118
                                                            Fax: (312) 984-3150

-and-
Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 357-5414
(312) 243-5902 (Fax)
alison@loevy.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, I filed the foregoing *Unopposed Motion for Extension of Summary Judgment Briefing Schedule*. with the District Court for the Northern District of Illinois utilizing the e-file system which will send notice to all counsel of record in compliance with Fed. R. Civ. P. 5(b)(3).

By: /s/ Megan R. Grant