042184/19344/MHW/REN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., JOHN TROST, GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, RANDY PFISTER, and JEFF HUTCHINSON, <br><br> Defendants. | Case Number 17-cv-1659 <br><br> Hon. John Z. Lee, District Judge |

## NOTICE OF *UNOPPOSED* MOTION

To: All Attorneys of Record

PLEASE TAKE NOTICE that on **October 17, 2019**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John Z. Lee, **Room 2125**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' *Unopposed* Motion for Extension of Time to File Summary Judgment Reply Briefs, a copy of which has been served upon you.

                Respectfully submitted,

                CASSIDAY SCHADE LLP

                By: /s/Ronald E. Neroda
                    One of the Attorneys for Defendants
                    WEXFORD HEALTH SOURCES, INC.,
                    GHALIAH OBAISI, as Independent Executor of
                    the Estate of SALEH OBAISI, M.D., Deceased,
                    and JOHN TROST, M.D.

Matthew H. Weller | 6278685
Ronald E. Neroda | 6297286
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100 | (312) 444-1669 (Fax)
mweller@cassiday.com
rneroda@cassiday.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 11, 2019, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: October 11, 2019                  By: /s/Ronald E. Neroda

9295212