IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BOB BRINSON (A82598), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 CV 1659 |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | Honorable Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that on October 17, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John Z. Lee, or such Judge sitting in his place or stead at the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present: **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT.**

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

/s/ *Colleen M. Shannon*
Colleen M. Shannon
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4450
cshannon@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically submitted to all counsel of record through the Court's CM/ECF system on October 11, 2019.

/s/ *Colleen M. Shannon*