# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON, | |
| Plaintiff, | Case No. 17-cv-01659 |
| v. | Hon. John Z. Lee |
| WEXFORD HEALTH SOURCES, INC. et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of the Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that Megan R. Grant will no longer be an attorney at the law firm of Barack Ferrazzano, Kirschbaum & Nagelberg, LLP as of December 20, 2019 and is hereby withdrawn as Counsel for Plaintiff Bob A. Brinson. Ms. Grant should be removed from the Court's service list with respect to this action. The law firm of Barack Ferrazzano, Kirschbaum & Nagelberg, LLP, along with co-counsel at Loevy & Loevy, continues to represent Plaintiff, and all future correspondence and papers in this action should be directed to Steven J. Yatvin. at Barack Ferrazzano, Kirschbaum & Nagelberg, LLP and Alison R. Leff at Loevy & Loevy.

Dated: December 19, 2019

Respectfully submitted,

BOB A. BRINSON

By: *s/ Steven J. Yatvin*
    One of His Attorneys

Steven J. Yatvin
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
(312) 984-3100
steve.yatvin@bfkn.com

-and-

Alison R. Leff
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
alison@loevy.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019, I filed the foregoing document using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

*s/ Steven J. Yatvin*